**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JULLEE CHAMBERLAIN,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-1408** |
| | : | |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **WYOMING COUNTY,** | : | |
| | : | |
| **Defendant** | | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant County' motion for summary judgment, **(Doc. 28)**, is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** The County's motion is **DENIED** with respect to plaintiff's disparate treatment disability discrimination claims against the County under Section 504 of the Rehabilitation Act and under the ADA, Counts 1and 6 of her amended complaint, **(Doc. 15)**.

**(3)** The County's motion is **GRANTED** as to plaintiff's failure to accommodate claims under the RA and the ADA, Counts 2 and 7.

**(4)** The County's motion is **GRANTED** as to plaintiff's retaliation claims under the RA and the ADA, Counts 3 and 8.

**(5)**    The County's motion is **GRANTED** with respect to plaintiff's ADEA claim, Count 9.

**(6)**    The County's motion is **GRANTED** with respect to plaintiff's FMLA claims in Counts 4 and 5 alleging interference and retaliation.

**(7)**    The County's motion with respect to the issue of damages under the FMLA is **DENIED A MOOT**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 13, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1408-01-ORDER.wpd

2