## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULLEE CHAMBERLAIN,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:16-1408** |
| | : | |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **WYOMING COUNTY,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for reconsideration, **(Doc. 42)**, is **DENIED**.

**(2)** The court's November 13, 2018 Order, **(Doc. 40)**, granting the County's motion for summary judgment with respect to plaintiff's FMLA claims in Counts 4 and 5 of her amended complaint alleging interference and retaliation will not be disturbed.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 4, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1408-02-ORDER.wpd