UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULLEE CHAMBERLAIN, | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-1408 |
| | : | |
| v. | : | |
| | : | (JUDGE MANNION) |
| WYOMING COUNTY, | : | |
| | : | |
| Defendant | | |

# O R D E R

For the reasons stated in the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's omnibus motion *in limine*, **Doc. 56**, is **GRANTED IN PART** and **DENIED IN PART**, as specified in the court's Memorandum. In particular, the plaintiff's motion *in limine* is **GRANTED** to the extent that it seeks to exclude the County from presenting any evidence and testimony regarding the decision of union arbitrator. The plaintiff's motion *in limine* to preclude the County from offering after-acquired evidence showing that the plaintiff engaged in wrongful conduct is **DENIED**.

2. The County's motion *in limine* to preclude plaintiff from presenting any evidence regarding her requests for accommodations, **Doc. 48**, is **GRANTED**.

3. The County's motion *in limine* to preclude plaintiff from introducing evidence regarding her claim for lost future earnings, **Doc. 50**, is be **DENIED**, as specified in the court's Memorandum.

**4**.  The County's motion *in limine* to preclude plaintiff from presenting any testimony or evidence regarding statements made by Ronald Williams, **Doc. 54**, is **DENIED** without prejudice, as specified in the court's Memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 19, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1408-03-ORDER.wpd